UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-24486-CMA

JESUS GONZALEZ,

    Plaintiff,

v.

LSG1 TRAIL PLAZA LLC,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Jesus Gonzalez and Defendant LSG1 Trail Plaza LLC (collectively, the "Parties") hereby file their Joint Notice of Settlement.

1. The Parties have reached a settlement of all claims asserted by Plaintiff against Defendant in this case.

2. The Parties are working together, and will continue to work efficiently, to complete the associated settlement paperwork, so that the Parties may file promptly a Stipulation of Dismiss with Prejudice.

3. In order to allow the Parties to focus on meeting the conditions of their settlement, the to prevent unnecessarily expending the resources of this Court and the Parties, the Parties are notifying the Court of their settlement, and that the Parties have agreed to stay all litigation activities in this case.

4. For the foregoing reasons, the Parties hereby jointly request that the Parties be relieved from further compliance with the deadlines in this case pending the filing of Stipulation of Dismissal with prejudice.

January 17, 2024

| | Respectfully submitted, |
|---|---|
| **ALBERTO R. LEAL, ESQ., P.A.** | **HOLLAND & KNIGHT LLP** |
| 8927 Hypoluxo Rd., #157 | 701 Brickell Avenue, Suite 3300 |
| Lake Worth, FL  33469-5262 | Miami, Florida 33131 |
| Tel: 954-637-1868 | Tel: (305) 374-8500 |
| | |
| By: s/Alberto R. Leal | By: s/*Christine F. Gay* |
| **ALBERTO R. LEAL** (FBN 1002345) | **CHRISTINE F. GAY** (FBN 0026009) |
| Email: email: albertolealesq@gmail.com | Email: christine.gay@hklaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

*I Hereby Certify* that on **January 17, 2024,** I electronically filed the foregoing with the Clerk of the Court.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                                                s/*Christine F. Gay*
                                                                Christine F. Gay